UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAGLE VISTA EQUITIES, LLC,<br>    Plaintiff,<br>    v.<br>LILIA BAMBAO, et al.,<br>    Defendants. | Case No. 15-cv-02452-RS<br><br>**ORDER RE: DEFENDANT'S NOTICE** |

This action was remanded on August 4, 2015 to Alameda Superior Court for lack of a jurisdictional basis to support its removal, effectuated by defendant Lilia Bambao on June 2, 2015. In her "notice" filed on August 12, 2015, Bambao now contests the remand order, arguing that she was unable to avail herself of any opportunity to defend against plaintiff Eagle Vista Equities, LLC's motion to remand because she was not given proper notice of the motion, or of the court's pursuant order.

The record reflects proofs of service by mail to Bambao of plaintiff's June 18, 2015 motion to remand; the magistrate judge's July 9, 2015 report and recommendation on the motion; and this Court's August 4, 2015 order adopting the magistrate judge's report and recommendation and ordering the case remanded. *See* Docket No. 4, Exh. 7; Docket No. 9, Attach. 1; and Docket No. 12, Attach. 1. In any event, for the reasons set forth in the August 4 order, there exists no basis for federal jurisdiction in this matter. Defendants' efforts to remove unlawful detainer actions are routinely and universally rejected for this reason. Bambao has supplied no plausible

basis on which to reach a different conclusion here.  The August 4, 2015 order remanding this action to Alameda Superior Court thus remains in effect.

**IT IS SO ORDERED**.

Dated: August 13, 2015

_____
RICHARD SEEBORG
United States District Judge